**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| **v.** | ) | **GRAND JURY ORIGINAL** |
| | ) | |
| **ISIDRO HINOJOSA BENAVIDES,** | ) | **(UNDER SEAL)** |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT MOTION FOR AN**
**ORDER TO SEAL THE INDICTMENT,**
**THIS MOTION AND THE COURT'S ORDER TO SEAL**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court for entry of an Order sealing the Indictment, as well as this Motion and this Court's Order sealing these matters, and in support thereof states as follows:

Because this child sexual abuse investigation is continuing, disclosure of the indictment may jeopardize the progress of the investigation, the apprehension of the defendant, and the safety of the victim in the case.  The need to preserve the integrity of an ongoing investigation, to apprehend the defendant and to ensure the safety of the victim clearly are legitimate prosecutorial and other reasons upon which this Court may base an order to seal the requested documents.  See Matter of Sealed Affidavit(s) to Search Warrants, 600 F.2d 1256, 1257 (9th Cir. 1979) ("[T]he Courts have inherent power, as an incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations."); United States v. Hubbard, 650 F.2d 293, 316, n.84 (D.C. Cir. 1980).  See also Fed. R. Crim. P. 6(e)(4) (indictment may be kept secret until defendant is in custody); United States v. Sharpe, 995 F.2d 49, 52 (5th Cir. 1993) (court has discretion to seal an indictment "for any legitimate prosecutorial

objective or where the public interest otherwise requires it." (Internal citation omitted.)). There is, therefore, a compelling governmental and public interest in maintaining the indictment under seal. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir 1991).

Defendant Benavides is an American citizen charged with engaging in illicit sexual conduct in Chile with a thirteen-year old Chilean child. As of this date, agents from the Department of Homeland Security, Immigration and Customs Enforcement (ICE) are continuing to investigate this matter in an effort to identify the exact whereabouts of the defendant, to apprehend the defendant and to ensure the safety of the child victim in Chile.[1] The public disclosure of this indictment at this time could jeopardize these efforts. We respectfully submit that the desire to apprehend the defendant and ensure the safety of the child victim in this case, as articulated in this Motion, constitute legitimate prosecutorial reasons, and thus appropriate bases, for an Order sealing the requested documents.

In addition, because the defendant currently is believed to be located in Argentina, any capture of the defendant will require a cooperative effort between the governments of the United States and Argentina, including various governmental agencies and law enforcement authorities in both countries. For this reason, we request that the sealing Order permit disclosure of the sealed documents to any persons, including governmental personnel or agents and law enforcement officials in this country, in Argentina, and in any other country, to capture the defendant and to ensure the safety of the child victim in Chile.

---

[1] Threats to the child should she continue to cooperate with the investigation of this case recently were conveyed to the child's mother, though the government currently does not have any evidence to indicate that defendant Benavides is linked to those threats.

WHEREFORE, the United States of America respectfully requests that this Honorable Court issue an Order sealing the indictment, as well as sealing this motion and its proposed Order sealing these matters until further order of this Court, except as noted above.

    Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Transnational/Major Crimes Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-7273
Email: Angela.Schmidt@usdoj.gov