IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| v. | ) | **GRAND JURY ORIGINAL** |
| | ) | |
| **ISIDRO HINOJOSA BENAVIDES,** | ) | **(UNDER SEAL)** |
| | ) | |
| **Defendant.** | ) | |

## ORDER TO SEAL

Having considered the Government's Motion for an Order to Seal the Indictment, its Motion, and this Order, and having found that sealing the requested documents in the above-captioned matter will further the legitimate prosecutorial and public interests in preserving the integrity of an ongoing investigation, locating the defendant and taking him into custody, and ensuring the safety of the child victim in this case, and having therefore concluded that there is a compelling governmental interest in sealing the request documents in this matter,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that the indictment in the above-captioned matter be sealed by the Clerk of the Court until further order of this Court, except that the United States and its agents may disclose the existence and/or contents of the sealed documents in the above-captioned matter to any persons, including governmental personnel or agents and law enforcement officials in this country, in Argentina and in any other country, to locate and obtain custody of the defendant, further the investigation or ensure the safety of the child victim in Chile; and it is

HEREBY FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until further order of this Court; and it is

HEREBY FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office four certified copies of the sealed documents upon request.

Date:_____     _____
                                  UNITED STATES MAGISTRATE JUDGE