**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on September 30, 2004**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :  **Criminal  No.** |
| | : |
| | : |
| | :  **Violation:** |
| **v.** | : |
| | : **18 U.S.C. § 2423(c)** |
| **ISIDRO HINOJOSA BENAVIDES** | : **(Engaging in Illicit Sexual Conduct in** |
| | : **Foreign Places)** |
| | : |
| **Defendant.** | : |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

From on or about October 7, 2003 through on or about April 16, 2004, outside of the United States and within the Republic of Chile, and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, **ISIDRO HINOJOSA BENAVIDES,** a United States citizen, did travel in foreign commerce to the Republic of Chile and engage in illicit sexual conduct on one and more occasions, as defined in Title 18, United States Code, Sections 2423(f), 2246(2) and 1591(c), with J.A.A., a female child who at all times relevant to this indictment had not attained the age of sixteen years.

**(Engaging in Illicit Sexual Conduct in Foreign Places,** in violation of Title 18, United States Code, Section 2423(c)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia