**WARRANT FOR ARREST** — SEALED — CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-223 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| ISIDRO HINOJOSA BENAVIDES | ISIDRO HINOJOSA BENAVIDES | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: Indictment | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Engaging in Illicit Sexual Conduct in Foreign Places

**FILED**

NOV 0 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 2423(c) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: Magistrate Judge Facciola | SIGNATURE (JUDGE/MAGISTRATE JUDGE): John M. Facciola | DATE ISSUED: 6/7/05 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 6/8/05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 11/2/2009 | NAME AND TITLE OF ARRESTING OFFICER: RECEIVING   S MITCHELL, DUSM | SIGNATURE OF ARRESTING OFFICER: RECEIVING  S. Mitchell, DUSM |
|---|---|---|
| DATE EXECUTED: 11/2/2009 | | |