# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR. NO. 05-223 (RJL) |
| | )   SEALED |
| ISIDRO HINOJOSA BENAVIDES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"

Shawn Moore
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance was this 3rd day of November, 2009, served by hand delivery to the drop box located at the United States District courthouse supplied for serving pleadings on the United States Attorney's Office to be served on:

>Michael Yoon
>Assistant United States Attorney
>555 Fourth Street, NW
>Washington, DC  20530

>        "/s/"
>Shawn Moore