'ISL#101

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 05-223

TOT

Vs.

**FILED**
NOV - 9 2009
Clerk, U.S District and
Bankruptcy Courts

P.D.I.D. No. 630 242

CR 05-223-RJL

ISIDRO HINOJOSA BENAVIDES (Defendant)

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 11/9/09 1:45pm Courtroom 7

**COMMITMENT/RELEASE**

☒ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: ISIDRO HINOJOSA BENAVIDES

Address: _____

Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 10/31/09

_____
JUDICIAL OFFICER PRESIDING

white-court        yellow-usao        Pink-defense

CD-3026/Mar. 03

Ronald Canty

**SEALED**

**UNSEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. **05-223** |
| v. | : Violation: |
| ISIDRO HINOJOSA BENAVIDES | : 18 U.S.C. § 2423(c)<br>: (Engaging in Illicit Sexual Conduct in<br>: Foreign Places) |
| Defendant. | |

**LEON, J. RJL**

**B**

INDICTMENT

FILED IN OPEN COURT

JUN -7 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury Charges that:

<u>COUNT ONE</u>

From on or about October 7, 2003 through on or about April 16, 2004, outside of the United States and within the Republic of Chile, and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, **ISIDRO HINOJOSA BENAVIDES,** a United States citizen, did travel in foreign commerce to the Republic of Chile and engage in illicit sexual conduct on one and more occasions, as defined in Title 18, United States Code, Sections 2423(f), 2246(2) and 1591(c), with J.A.A., a female child who at all times relevant to this indictment had not attained the age of sixteen years.

**(Engaging in Illicit Sexual Conduct in Foreign Places,** in violation of Title 18, United States Code, Section 2423(c))

A TRUE BILL

*(signature)*

FOREPERSON

*(signature)*
Attorney of the United States in
and for the District of Columbia

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.:   05-223 |
| v. | : | |
| **ISIDRO HINOJOSA BENAVIDES,** | : | |
| **Defendant.** | : | Presentment |

## MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court shall hold a

detention hearing in cases that involve a felony offense not otherwise defined as a crime of violence that involves a minor victim. 18 U.S.C. § 3142(f)(1)(E).

In the instant case the defendant is charged with Engaging in Illicit Sexual Conduct in Foreign Places in violation of 18 U.S.C. § 2423(c), specifically of traveling in foreign commerce to the Republic of Chile and engaging in illicit sexual conduct on one and more occasions, as defined in Title 18, U.S.C. §§ 2423(f), 2246(2), and 1591(c), with J.A.A., a female child who at all times relevant to the indictment had not attained the age of sixteen years. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday, or legal holiday. During that period, the defendant must remain detained. 18 U.S.C. § 3142(f).

           Respectfully submitted,

           CHANNING D. PHILLIPS
           ACTING UNITED STATES ATTORNEY
           D.C. Bar No. 415-793

BY: _/s/ Michael Yoon_
      MICHAEL YOON
      Special Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

### Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this ____ day of October 2009.

_____
Assistant United States Attorney