## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-223 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **ISIDRO HINOJOSA BENAVIDES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Michael Yoon is entering his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    ACTING UNITED STATES ATTORNEY
    D.C. Bar No. 415-793


BY:    _____/s/_____
    MICHAEL YOON
    Special Assistant United States Attorney
    Federal Major Crimes Section
    Illinois Bar No. 6244165
    555 4th Street, N.W.
    Washington, DC 20530
    (202) 514-7561 office
    (202) 514-6010 facsimile