CO-526
(12/86)

**FILED**

FEB 0 2 2010

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                          )
          vs.             )     Criminal No. 05 CR 223
                          )
 _Isidro Benavides_ )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                Defendant

_____
          Counsel for defendant

I consent:

_____
Ast. United States Attorney

Approved:

_____
                Judge