IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No: 05-223 (RJL) |
| v. | : | FILED |
| **ISIDRO H. BENAVIDES,** | : | FEB 0 2 2010 |
| **Defendant.** | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF THE OFFENSE

The United States of America and the defendant, Isidro H. Benavides, stipulate and agree that the following facts are true and accurate:

Between May 2002 and April 2004, defendant maintained various residences in Santiago, Chile. During this period, defendant, who at the time was seventy years old, met J.A.-A, who was twelve years old. Thereafter, defendant on numerous occasions invited J.A.-A. to his various residences, where he would supply J.A.-A., and typically other young girls who also were there, with food, drink and glue to inhale. Defendant then would call J.A.-A. into a bedroom, where he would have J.A.-A. take off her clothes, fondle her, show her pornographic images or movies on his computer and television, and have her perform oral sex on him. Afterwards, defendant gave J.A.-A. the equivalent of between five and ten U.S. dollars.

On May 13, 2003, defendant traveled from Chile to the United States. Five months later, on October 7, 2003, he left the United States aboard a flight for Panama. Defendant entered Chile from Panama on October 8, 2003. Defendant's abuse of J.A.-A. began before he traveled to the United States, when J.A.-A. was twelve years old, and continued when he returned to Chile and thereafter until April 2004, when J.A.-A. was thirteen years old.

2

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. In addition, this proffer contains facts that relate to specific offense characteristics contained in Section 2A3.2 of the United States Sentencing Guidelines that the parties agree are applicable in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty and for application of the specific offense characteristics that are set forth in the plea agreement entered into by the parties.

_____
ANGELA G. SCHMIDT
Assistant United States Attorney

_____
ISIDRO H. BENAVIDES
Defendant

_____
MICHAEL YOON
Special Assistant U.S. Attorney

_____
SHAWN MOORE
Attorney for Defendant