**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) **Cr. No. 05-223 (RJL)** |
| **V.** | ) |
| | ) |
| **ISIDRO BENAVIDES** | ) |
| _____ | ) |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Defendant Isidro Benavides will appear before the Court for sentencing on April 14, 2010.

On February 2, 2010, Mr. Benavides  pleaded guilty to one count of Engaging in Illicit Sexual

Conduct in Foreign Places.  According to the Office of Probation Mr. Benavides' guideline range

is 57 to 71 months.  The government has agreed to ask for no more than the 57 months.

I.      DEFENDANT'S BACKGROUND

The conduct in this case, as in many cases of this type is seemingly inexplicable.  Mr.

Benavides joined the United States Air Force at 18 and served his country for 25 years, retiring in

1975.  He is now 75 years old and receives a pension from the Air Force.  After his retirement he

moved to Chile, where he lived until his arrest.

Mr. Benavides appears to have begun this conduct very late in his life.

II.     18 U.S.C. §3553 Factors

The sentencing statute commands consideration of a number of factors.  One factor is the nature of

the offense and the characteristics of the defendant.  No one downplays the seriousness of this

offense.  Obviously oral sex with a minor kid  is an offense that is rightly and roundly condemned.

Yet Mr. Benavides has no prior convictions, has honorably served his country and is close to a step-

daughter. He is reasonably well educated and articulate.  Pursuant to § 3553, the Court is also to

consider the need for the sentence imposed to reflect the seriousness of the conduct, the need for

deterrence, and the protection of the public.  As we have stated, the offense here is serious.

However, where an individual such as Mr. Benavides has not only accepted responsibility and

demonstrated remorse for his conduct, we would submit that leniency in sentencing is warranted.

Measurement of deterrence is empirically difficult to measure, and we in good conscience cannot

proffer whether, or to what degree any sentence that we propose will act as a deterrent to others

However, we can state that the  incarceration already served, mental health treatment if necessary

and supervision, should stop any repetition of this behavior.

Mr. Benavides, at 77 years old has a number of ailments, including diabetes, a heart

condition, and neuropathy in his hand due to the diabetes.

For the reasons stated in this memorandum, and any others that may appear to the Court, we

respectfully ask that the Court impose a sentence in accordance with the pleas made in this

memorandum.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By:      _____/s/_____
         Shawn Moore
         Assistant Federal Public Defender
         Attorney for Isidro Benavides
         DC Bar #214171
         625 Indiana Avenue, NW #550

-2-

Washington, DC 20004