UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 05-223 (RJL) |
| | : | |
| | : | |
| ISIDRO HINOJOSA BENAVIDES | : | |

## GOVERNMENT'S NOTICE REGARDING VICTIM IMPACT STATEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following notice as requested by the Court at the April 14, 2010 sentencing hearing in the above-captioned case. At this hearing, the Court requested notification by May 7, 2010, as to whether and how the victim in this case, J.A.-A., would present an impact statement to the Court. At this time, the victim has indicated to the government that she would like to present her statement to the Court in person at the June 1, 2010 sentencing hearing. The government is currently working with J.A.-A. and Chilean law enforcement authorities to arrange her appearance at the sentencing.

Respectfully submitted,
RONALD C. MACHEN JR., Bar No. 447889
United States Attorney

_____/s/_____
SHANA L. FULTON, Bar No. 477642
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC 20530
Tel: (202) 307-6675
Fax: (202) 514-6010
shana.fulton@usdoj.gov