**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 05-223 (RJL) |
| V. | ) |
| | ) |
| **ISIDRO BENAVIDES** | ) |
| _____ | ) |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

Defendant Isidro Benavides will appear before the Court for sentencing on June, 2010. On February 2, 2010, Mr. Benavides pleaded guilty to one count of Engaging in Illicit Sexual Conduct in Foreign Places.

I.  DEFENDANT'S OBJECTIONS TO ALLEGATIONS

Immediately prior to the scheduled sentencing in April, the Office of Probation received a communication from Mr. Benavides daughter. In that communication and in later contact, she alleged that defendant Benavides had molested her as a child. If credited by the Court, this allegation would substantially raise Mr. Benavides' exposure in the instant case.

Mr. Benavides strongly objects to any crediting of this allegation and any increase in his exposure. The allegations by the daughter are dated and non specific. Indeed, no police complaint was ever made, presumably there is no forensic evidence of any offense, and the allegation is nothing more than bitterness from an intra-family dispute. We submit that it is exceedingly unfair to consider at this late date, 30 or 40 year old undocumented allegations with no opportunity or means to test their veracity.

For the reasons stated in this memorandum, and any others that may appear to the Court, we

respectfully ask that the Court impose a sentence in accordance with the pleas made in the

agreement and original memorandum

                                        Respectfully submitted,

                                        A.J. Kramer

                                        Federal Public Defender

By:    _____/s/_____
        Shawn Moore
        Assistant Federal Public Defender
        Attorney for Isidro Benavides
        DC Bar #214171
        625 Indiana Avenue, NW #550
        Washington, DC 20004
        202/208-7500
        Fax/208-7515 or 501-3829