# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 05-223 (RJL) |
| V. | ) |
| | ) |
| **ISIDRO BENAVIDES** | ) |
| _____ | ) |

### DEFENDANT'S OPPOSITION TO MOTION TO CONTINUE SENTENCING

Defendant Isidro Benavides is scheduled to appear before the Court for sentencing on June, 2010. On February 2, 2010, Mr. Benavides pleaded guilty to one count of Engaging in Illicit Sexual Conduct in Foreign Places. The sentencing was originally scheduled for April 14, 2010. However, at the request of the government and the Office of Probation, the sentencing was continued to the June date so that the victim could be present and that "evidence" of so-called molestation could be presented by Mr. Benavides' daughter. The government now requests an additional six or eight weeks to bring the victim to the United States to speak.

We oppose this motion. The government has had six weeks to get the victim here since it located her. Prior to that, despite the Chilean earthquake, the government had considerable and ample time to locate her for the sentencing hearing.[1] The plea has been effected, the probation reports completed, and Mr. Benavides and counsel submit that finality is appropriate in this case. Depending upon how the Court rules with respect to enhancements, Mr. Benavides may already have exceeded his guidelines sentence. Why the government did not anticipate visa and passport problems for the victim in April is unfathomable. At the very least, as a contingency, the

---

[1] Nor are we sanguine that the paperwork may be effected in the six to eight week period. The government does not vouchsafe that that period of time is definitively adequate.

government could have had a written statement prepared by the victim at the time it "located" her. Although it may be true that the victim may be reasonably heard at sentencing, no where are we able to find any mandate that a matter be continued in perpetuity for this purpose.

Accordingly, for the reasons stated herein, and for any others appearing to the Court, Mr. Benavides and counsel ask that the instant motion be denied.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Isidro Benavides
DC Bar #214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829