**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **v.** | : Cr. No. 05-223-01 (RJL) |
| **ISIDRO HINOJOSA BENAVIDES,** | : |
| Defendant. | : |

### NOTICE OF APPEAL

**Name and address of appellant:** Isidro Hinojosa Benavides
DCDC #325-225
Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003

**Name and address of appellant's attorney:** Shawn F. Moore
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:** 18 U.S.C. § 2423(c) - Engaging in Illicit Sexual Conduct in Foreign Places

**Concise statement of judgment or order, giving date, and any sentence:**
Sentenced June 18, 2010: 88 months' incarceration (with credit for time served), 120 months' supervised release, and $100 special assessment

**Name of institution where now confined, if not on bail:** D.C. Jail

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| 6/29/10 | Isidro Hiinojosa Benavides |
| DATE | APPELLANT |

| | | /s/ |
|---|---|---|
| CJA, NO FEE | FPD | Shawn F. Moore |
| PAID USDC FEE | No | ATTORNEY FOR APPELLANT |
| PAID USCA FEE | No | |

Does counsel wish to appear on appeal?   __X__ Yes   ____ No
Has counsel ordered transcripts?   ____ Yes   __X__ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   __X__ Yes ___ No