APPEAL, CAT B

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:05−cr−00223−RJL All Defendants
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. BENAVIDES | Date Filed: 06/07/2005 |

Assigned to: Judge Richard J. Leon

**Defendant (1)**

| | | |
|---|---|---|
| **ISIDRO HINOJOSA BENAVIDES** | represented by | **Shawn Franklin Moore**<br>FEDERAL PUBLIC DEFENDER FOR D.C.<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208−7500<br>Fax: (202) 501−3829<br>Email: shawn_moore@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2423(c); COERCION OR ENTICEMENT OF MINOR FEMALE; Engaging in Illicit Sexual Conduct in Foreign Places.<br>(1) | Defendant sentenced to Eighty Eight (88) Months incarceration with credit for time served from 7/5/2005. Followed by One Hundred Twenty (120) Months Supervised Release. Special Assessment of $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Angela Gudrun Schmidt** |
| | | U.S. ATTORNEY'S OFFICE |
| | | Federal Major Crimes Section |
| | | 555 4th Street,NW |
| | | 4th floor |
| | | Washington, DC 20530 |
| | | (202) 514−7273 |
| | | Fax: (202) 353−9414 |
| | | Email: angela.schmidt@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael Insu Yoon** |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | Child Exploitation and Obscenity Section |
| | | 1400 New York Avenue, NW |
| | | Suite 600 |
| | | Washington, DC 20005 |
| | | (202) 305−4104 |
| | | Fax: (202) 514−1793 |
| | | Email: michael.yoon@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shana LaVerne Fulton** |
| | | U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA |
| | | 555 Fourth Street, NW |
| | | Washington, DC 20530 |
| | | (202) 307−6675 |
| | | Email: shana.fulton@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/07/2005 | 1 | | MOTION to Seal Case by USA as to ISIDRO HINOJOSA BENAVIDES. (zmlp, ) (Entered: 06/09/2005) |
| 06/07/2005 | 2 | | ORDER granting 1 U.S.A.'s Motion to Seal Case as to ISIDRO HINOJOSA BENAVIDES (1).Signed by Magistrate Judge John M. Facciola on 6/7/05. (zmlp, ) Modified on 6/9/2005 (zmlp) (Entered: 06/09/2005) |
| 06/07/2005 | 3 | | SEALED INDICTMENT as to ISIDRO HINOJOSA BENAVIDES (1) count 1. (zmlp, ) (Entered: 06/09/2005) |

| | | | |
|---|---|---|---|
| 05/05/2006 | | | Case as to ISIDRO HINOJOSA BENAVIDES reassigned to Calendar Committee. Judge Richard J. Leon no longer assigned to the case. (zmlp) (Entered: 05/08/2006) |
| 11/02/2009 | | | Arrest of ISIDRO HINOJOSA BENAVIDES. (zkk) (Entered: 11/04/2009) |
| 11/02/2009 | 4 | | Bench Warrant, dated 6/7/05, returned executed on 11/2/09 as to ISIDRO HINOJOSA BENAVIDES. (zkk) (Entered: 11/04/2009) |
| 11/02/2009 | | | ORAL MOTION by USA to Unseal Case as to ISIDRO HINOJOSA BENAVIDES. (zkk) (Entered: 11/04/2009) |
| 11/02/2009 | | | ORAL MOTION to Appoint Counsel by ISIDRO HINOJOSA BENAVIDES. (zkk) (Entered: 11/04/2009) |
| 11/02/2009 | | | ORAL MOTION by USA for Temporary Detention, (3−day hold request), as to ISIDRO HINOJOSA BENAVIDES. (zkk) (Entered: 11/04/2009) |
| 11/02/2009 | | | Minute Entry for proceedings held before Magistrate Judge Alan Kay:Arraignment as to ISIDRO HINOJOSA BENAVIDES (1) on Count 1 held on 11/2/2009. Bench warrant returned executed. Plea of not guilty entered on Count 1. Oral motion by the U.S.A. to unseal the case, heard and granted. Oral motion by the U.S.A. for detention hearing (3 day hold), heard and granted. Oral motion by the defendant for appointment of counsel, heard and granted. Detention hearing set for 11/5/09 at 1:45 p.m. before Magistrate Judge Alan Kay in Courtroom 7, main building. Bond Status of Defendant: defendant committed/commitment issued; Court Reporter: Bowles Reporting Service; Defense Attorney: Shawn Moore; US Attorney: Barry Wiegand for Angela Schmidt. (zmlp) (Entered: 11/10/2009) |
| 11/02/2009 | | | Case unsealed as to ISIDRO HINOJOSA BENAVIDES by Magistrate Judge Alan Kay on oral motion of the U.S.A. (mlp) (Entered: 11/10/2009) |
| 11/03/2009 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Shawn Franklin Moore appearing for ISIDRO HINOJOSA BENAVIDES. (zmlp) (Entered: 11/04/2009) |
| 11/05/2009 | | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to ISIDRO HINOJOSA BENAVIDES. (zldc, ) (Entered: 11/05/2009) |

| | | | |
|---|---|---|---|
| 11/05/2009 | | | ORAL MOTION for Release from Custody by ISIDRO HINOJOSA BENAVIDES. (zldc, ) (Entered: 11/05/2009) |
| 11/05/2009 | | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Detention Hearing as to ISIDRO HINOJOSA BENAVIDES held on 11/5/2009. Oral Motion by USA to Commit Defendant to Custody of Attorney General as to Isidro Hinojosa Benavides heard and granted. Oral Motion for Release from Custody by Isidro Hinojosa Benavides heard and denied. Detention Memorandum to be prepared by the Court. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: Bowles Reporting Services: Defense Attorney: Shawn Moore; US Attorney: Angela Schmidt, Michael Yoon; (zldc, ) (Entered: 11/05/2009) |
| 11/06/2009 | 9 | | DETENTION MEMORANDUM as to ISIDRO HINOJOSA BENAVIDES, signed by Magistrate Judge Alan Kay on 11/6/09. (kk) (Entered: 12/17/2009) |
| 11/09/2009 | 6 | | Case as to ISIDRO HINOJOSA BENAVIDES Reassigned to Judge Richard J. Leon. Calendar Committee no longer assigned to the case. (jeb, ) (Entered: 11/09/2009) |
| 11/09/2009 | 7 | | D.C. SUPERIOR COURT papers as to ISIDRO HINOJOSA BENAVIDES. (mlp) (Entered: 11/13/2009) |
| 11/16/2009 | | | Set/Reset Deadlines/Hearings as to ISIDRO HINOJOSA BENAVIDES:Status Conference set for 11/19/2009 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 11/16/2009) |
| 11/19/2009 | 8 | | NOTICE OF ATTORNEY APPEARANCE Michael Insu Yoon appearing for USA. (Yoon, Michael) (Entered: 11/19/2009) |
| 11/19/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference as to ISIDRO HINOJOSA BENAVIDES held on 11/19/2009. Status Conference set for 12/4/2009 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. Speedy Trial waived from 11/19/2009 to 12/4/2009 (XT) Interest of Justice. Bond Status of Defendant: Defendant committed; Commitment issued. (Present: Defense Attorney: Shawn Moore; US Attorney: Michael Yoon and Angela Schmidt.) Court Reporter: Patty Gels. (kc) (Entered: 11/19/2009) |
| 12/04/2009 | | | Terminate Hearings: The Court vacates the |

4

| | | | |
|---|---|---|---|
| | | | 12/4/2009 Status Conference and reschedules Status Conference to a date to be determined. (kc) (Entered: 12/04/2009) |
| 12/07/2009 | | | Set/Reset Deadlines/Hearings as to ISIDRO HINOJOSA BENAVIDES. Status Conference originally set for 12/4/2009 is RESCHEDULED for 12/9/2009 at 02:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 12/07/2009) |
| 12/09/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference as to ISIDRO HINOJOSA BENAVIDES held on 12/9/2009. Status Conference set for 1/15/2010 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. Speedy Trial waived from 12/09/2009 to 1/15/2010 (XT) Interest of Justice. Bond Status of Defendant: Defendant committed. Commitment issued. (Present: Defense Attorney: Shawn Moore; US Attorney: Michael Yoon.) Court Reporter: Patty Gels. (kc) (Entered: 12/09/2009) |
| 01/15/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference as to ISIDRO HINOJOSA BENAVIDES held on 1/15/2010 Status Conference/Plea Agreement Hearing set for 1/27/2010 at 10:30 AM in Courtroom 18 before Judge Richard J. Leon. Speedy Trial Waived from 1/15/2010 to 1/27/2010 (XT) Interest of Justice. Bond Status of Defendant: Defendant committed: Commitment issued. (Present: Defense Attorney: Shawn Moore; US Attorney: Michael Yoon.) Court Reporter: Patty Gels. (kc) (Entered: 01/15/2010) |
| 01/27/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Case called for the purpose of Plea Hearing. Plea Hearing converted into a Status Conference as to ISIDRO HINOJOSA BENAVIDES held on 1/27/2010. Plea Agreement Hearing set for 2/2/2010 at 11:30 AM in Courtroom 18 before Judge Richard J. Leon. Speedy Trial excluded from 1/27/2010 to 2/2/2010 (XT) Interest of Justice. Bond Status of Defendant: Defendant committed: Commitment issued. (Present: Defense Attorney: Shawn Moore; US Attorney: Michael Yoon and Angela Schmidt.) Court Reporter: Patty Gels. (kc ) (Entered: 01/27/2010) |
| 02/02/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Plea Agreement Hearing as to ISIDRO HINOJOSA BENAVIDES held on 2/3/2010. Plea guilty entered by ISIDRO HINOJOSA BENAVIDES (1) on Count 1. |

| | | | |
|---|---|---|---|
| | | | REFERRAL TO PROBATION OFFICE for Presentence Investigation as to ISIDRO HINOJOSA BENAVIDES. Sentencing Memorandum due by 4/7/2010. Sentencing set for 4/14/2010 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Bond Status of Defendant: Defendant Committed/Commitment Issued) (Court Reporter: Patty Gels) (Defense Attorney: Shawn Moore; US Attorney: Michael Yoon) (hsj, ) (Entered: 02/03/2010) |
| 02/02/2010 | 10 | | WAIVER of Right to Trial by Jury as to ISIDRO HINOJOSA BENAVIDES. Approved by Judge Richard J. Leon on 2/2/2010. (hsj, ) (Entered: 02/03/2010) |
| 02/02/2010 | 11 | | PLEA AGREEMENT as to ISIDRO HINOJOSA BENAVIDES. (hsj, ) (Entered: 02/03/2010) |
| 02/02/2010 | 12 | | STATEMENT of the Offense in Support of Plea Agreement by USA as to ISIDRO HINOJOSA BENAVIDES. (hsj, ) (Entered: 02/03/2010) |
| 03/02/2010 | 13 | | NOTICE OF ATTORNEY APPEARANCE Shana LaVerne Fulton appearing for USA. (Fulton, Shana) (Entered: 03/02/2010) |
| 04/07/2010 | 16 | | Recommendation of PSI Report as to ISIDRO HINOJOSA BENAVIDES. re 15 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Shaffer, Brian) (Entered: 04/07/2010) |
| 04/07/2010 | 17 | | SENTENCING MEMORANDUM by USA as to ISIDRO HINOJOSA BENAVIDES (Fulton, Shana) (Entered: 04/07/2010) |
| 04/07/2010 | 18 | | SENTENCING MEMORANDUM by ISIDRO HINOJOSA BENAVIDES (Moore, Shawn) (Entered: 04/07/2010) |
| 04/13/2010 | 19 | | MOTION to Continue *Sentencing* by USA as to ISIDRO HINOJOSA BENAVIDES. (Attachments: # 1 Text of Proposed Order)(Fulton, Shana) (Entered: 04/13/2010) |
| 04/14/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Case called for the purpose of Sentencing Hearing. Sentencing Hearing converted into a Status Conference. Status Conference as to ISIDRO HINOJOSA BENAVIDES held on 4/14/2010. Sentencing set for 6/1/2010 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. Probation Report due by 4/26/2010. Responses to Probation Report due by 5/10/2010. Victim Impact |

| Date | # | | Description |
|---|---|---|---|
| | | | Statement due by 5/10/2010. Supplemental Sentencing Memorandum due by 5/26/2010. Bond Status of Defendant: Defendant committed; Commitment issued. (Present: Defendant; Defense Attorney: Shawn Moore; US Attorney: Shana Fulton; Prob Officer: Michael Penders.) Court Reporter: Patty Gels. (kc) (Entered: 04/14/2010) |
| 04/26/2010 | 21 | | REVISED − Recommendation of PSI Report as to ISIDRO HINOJOSA BENAVIDES. re 20 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Shaffer, Brian) (Entered: 04/26/2010) |
| 05/07/2010 | 22 | | NOTICE *Regarding Victim Impact Statement* by USA as to ISIDRO HINOJOSA BENAVIDES (Fulton, Shana) (Entered: 05/07/2010) |
| 05/26/2010 | 23 | | MOTION to Continue *Sentencing Scheduled for June 1, 2010* by USA as to ISIDRO HINOJOSA BENAVIDES. (Attachments: # 1 Text of Proposed Order)(Fulton, Shana) (Entered: 05/26/2010) |
| 05/26/2010 | 24 | | SUPPLEMENTAL SENTENCING MEMORANDUM by ISIDRO HINOJOSA BENAVIDES (Moore, Shawn) Modified on 5/27/2010 (hsj, ). (Entered: 05/26/2010) |
| 05/26/2010 | 25 | | RESPONSE by ISIDRO HINOJOSA BENAVIDES re 23 MOTION to Continue *Sentencing Scheduled for June 1, 2010* (Moore, Shawn) (Entered: 05/26/2010) |
| 05/26/2010 | 26 | | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to ISIDRO HINOJOSA BENAVIDES (Fulton, Shana) Modified on 5/27/2010 (hsj, ). (Entered: 05/26/2010) |
| 05/27/2010 | | | MINUTE ORDER granting in part and denying in part Motion 23 to Continue as to ISIDRO HINOJOSA BENAVIDES (1) It is hereby ORDERED that the Government's Motion to continue Sentencing is GRANTED only to the extent that the hearing scheduled for June 1, 2010, is converted into a status conference to discuss rescheduling the sentencing. All other requested relief is DENIED. Directed by Judge Richard J. Leon on 5/27/10. (kc ) (Entered: 05/27/2010) |
| 05/27/2010 | | | Set/Reset Deadlines/Hearings as to ISIDRO HINOJOSA BENAVIDES. The Sentencing Hearing originally set for 6/1/2010 is converted into a Status Conference set for 6/1/2010 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 05/27/2010) |
| 05/27/2010 | | | Terminate hearings. 6/1/2010 Sentencing hearing converted into a Status Conference. (kc ) (Entered: 05/27/2010) |
| 06/01/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference as to ISIDRO HINOJOSA BENAVIDES held on 6/1/2010. Victim Impact Statement due by 6/16/2010. Sentencing set for 6/18/2010 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. Bond Status of Defendant: Defendant committed; Commitment issued. (Present: Defendant; Defense Attorney: Shawn Moore; US Attorney: Shana Fulton; Prob Officer: Michael Penders.) Court Reporter: Patty Gels. (kc ) (Entered: 06/02/2010) |
| 06/15/2010 | 27 | | TRANSCRIPT OF PROCEEDINGS in case as to ISIDRO HINOJOSA BENAVIDES before Judge Richard J. Leon held on 6/1/10; Date of Issuance:6/15/10. Court Reporter/Transcriber Patty Gels, Telephone number 202−354−3236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 7/6/2010. Redacted Transcript Deadline set for 7/16/2010. Release of Transcript Restriction set for 9/13/2010.(Gels, Patty) (Entered: 06/15/2010) |
| 06/18/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Sentencing held on 6/18/2010 as to ISIDRO HINOJOSA BENAVIDES (1). Count(s) 1, Defendant sentenced to Eighty Eight (88) Months incarceration with credit for time served from 7/5/2005. Followed by One Hundred Twenty (120) Months Supervised Release. Special Assessment of $100.00. (Bond Status of Defendant: Defendant |

8

|  |  |  | Committed/Commitment Issued) (Court Reporter: Lisa Griffith) (Defense Attorney: Shawn Moore; US Attorney: Shana Fulton; Prob Officer: Michael Penders) (Government Witness: Debroah Cortinovis) (hsj, ) (Entered: 06/21/2010) |
|---|---|---|---|
| 06/29/2010 | <u>29</u> | 10 | NOTICE OF APPEAL − Final Judgment by ISIDRO HINOJOSA BENAVIDES Fee Status: No Fee Paid. Parties have been notified. (Moore, Shawn) (Entered: 06/29/2010) |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : Cr. No. 05-223-01 (RJL) |
| **ISIDRO HINOJOSA BENAVIDES,** | : |
| Defendant. | : |

## NOTICE OF APPEAL

**Name and address of appellant:** Isidro Hinojosa Benavides
DCDC #325-225
Central Detention Facility
1901 D Street, S.E.
Washington, D.C.  20003

**Name and address of appellant's attorney:** Shawn F. Moore
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:** 18 U.S.C. § 2423(c) - Engaging in Illicit Sexual Conduct in Foreign Places

**Concise statement of judgment or order, giving date, and any sentence:** Sentenced June 18, 2010:  88 months' incarceration (with credit for time served), 120 months' supervised release, and $100 special assessment

**Name of institution where now confined, if not on bail:  D.C. Jail**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| ___6/29/10___ | ___Isidro Hiinojosa Benavides___ |
| DATE | APPELLANT |

| | | | |
|---|---|---|---|
| | | /s/ | |
| CJA, NO FEE | FPD | ___Shawn F. Moore___ | |
| PAID USDC FEE | ___No___ | ATTORNEY FOR APPELLANT | |
| PAID USCA FEE | ___No___ | | |

Does counsel wish to appear on appeal?     __X__ Yes     ____ No
Has counsel ordered transcripts?     ____ Yes     __X__ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   __X__ Yes  ___ No