IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 05-223 (RJL) |
| V. | ) |
| | ) |
| **ISIDRO BENAVIDES** | ) |
| _____ | ) |

**DEFENDANT'S SECOND SUPPLEMENTAL**
**MEMORANDUM IN AID OF SENTENCING**

    Defendant Isidro Benavides, through counsel, that he does not contest the sentence initially imposed. Defendant Benavides also is prepared to waive his presence at the resentencing.

    For the reasons stated in this memorandum, and any others that may appear to the Court, we respectfully ask that the Court reimpose the original sentence.

                                                  Respectfully submitted,

                                                   A.J. Kramer

                                                   Federal Public Defender

                By:       _____/s/_____
                            Shawn Moore
                            Assistant Federal Public Defender
                            Attorney for Isidro Benavides
                            DC Bar #214171
                            625 Indiana Avenue, NW #550
                            Washington, DC 20004
                            202/208-7500
                            Fax/208-7515 or 501-3829