**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-223 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **ISIDRO BENAVIDES,** | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND SUPPLEMENTAL**
**MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the defendant's second supplemental memorandum in aid of sentencing. In support of this memorandum, the United States relies on the following points and authorities and any additional points and authorities that may be adduced at a hearing on this matter.

**BACKGROUND**

1. On February 2, 2010, pursuant to a written plea agreement, the defendant, Isidro Benavides, pled guilty before this Court to one count of Engaging in Illicit Sexual Conduct in Foreign Places, in violation of 18 U.S.C. § 2423(c) (Plea Agreement (ECF No. 11)).

2. On June 18, 2008, this Court sentenced the defendant to 88 months' imprisonment, with time served from July 5, 2005, followed by 120 months of supervised release (Judgment (ECF No. 33)).

3. The defendant filed a timely appeal on June 26, 2010 (Notice of Appeal (ECF No. 29)), and following appellate proceedings, on February 25, 2011, the U.S. Circuit Court of Appeals for the District of Columbia Circuit vacated the defendant's sentence and remanded this case for resentencing by this Court (Order (ECF No. 35)).

9.      On March 31, 2011, this Court held a status hearing at which this Court scheduled a further status hearing, for April 25, 2011, to allow the defendant's counsel to ascertain whether the defendant was going to contest this Court's original sentence.

10.     On April 22, 2011, the defendant's counsel informed the Court that the defendant "does not contest the sentence initially imposed" and that the defendant "also is prepared to waive his presence at the resentencing" (Def.'s Second Supp. Mem. in Aid of Sent. (ECF No. 42)).  The defendant's counsel also requests that the Court "reimpose the original sentence" (id.).

## ARGUMENT

The government respectfully requests that the Court schedule a sentencing date in the above-referenced case for three principal reasons.

First, the defendant has the right to be present at sentencing.  See, e.g., Fed. R. Crim. P. 43(a) (providing that the defendant "must" be present at the initial appearance, the initial arraignment, every trial state, and sentencing); United States v. Behrens, 375 U.S. 162, 165-66 (1963) (finding that court violated defendant's right to be present at his sentencing); United States v. Lastra, 973 F.3d 952, 956 (D.C. Cir. 1992) (holding that defendant's presence was required at the time the Court announced that the sentence was to be served consecutively).  But see United States v. Curtis, 523 F.2d 1134, 1135 (D.C. Cir. 1975) (noting that "[o]rdinarily a felony defendant may not waive presence at sentencing," but finding no violation where sentence to be imposed was a mandatory sentence).

Second, the defendant's proposed absence from his resentencing will not allow the Court to inquire of the defendant and to ensure that the defendant "does not contest the sentence initially imposed."  In the government's view, such inquiry would be appropriate considering the unique procedural posture of this case.

Finally, the last-minute conversation of the status hearing, currently set for Monday, April 25, 2011, to a resentencing would deprive the victim of the defendant's charged conduct (as well as the victim of the defendant's relevant conduct) of their rights as crime victims pursuant to 18 U.S.C. § 3771.

For all of these reasons, the government requests that this Court set this case for resentencing to secure the defendant's presence, and to advise and notify the crime victims of the proceedings.

WHEREFORE, the United States respectfully requests that this Court set a sentencing date in this case.

>Respectfully submitted,
>
>RONALD C. MACHEN JR.
>United States Attorney
>Bar No. 447889
>
>_____/S/_____
>DAVID B. KENT
>Assistant United States Attorney
>D.C. Bar 482850
>U.S. Attorney's Office
>555 4th Street, N.W., Room 10-848
>Washington, D.C. 20530
>202-252-7763
>David.Kent@usdoj.gov